THIRD DISTRICT—OCTOBER, 1916.     441

Blackmer & Post Pipe Co. v. Goodwin et al., 202 Ill. App. 441.

## Blackmer & Post Pipe Company, Appellant, v. R. E. Goodwin and J. W. Ryan, partners, trading as Goodwin & Ryan, Appellees.

### (Not to be reported in full.)

Appeal from the Circuit Court of Vermilion county; the Hon. AUGUSTUS A. PARTLOW, Judge, presiding. Heard in this court at the April term, 1916. Reversed and remanded. Opinion filed October 13, 1916.

### Statement of the Case.

Action by Blackmer & Post Pipe Company, plaintiff, against R. E. Goodwin and J. W. Ryan, partners, trading as Goodwin & Ryan, defendants, for a balance due for goods sold and delivered by the plaintiff to the defendants. From a judgment for defendants, plaintiff appeals.

The defendants, after making a part payment for the goods by sending the plaintiff an order for payment of money on a city for which they had done work, wrote a letter to plaintiff asking it to send to them a bill for the balance which they owed it and stating that they would pay the same as soon as they could; that they expected a settlement of their work any day and could then send the balance of their bill. Later they signed a written statement of their account with the plaintiff, wherein they acknowledged that the sum of $559.53, the sum sued for, was due.

WALTER T. GUNN and JAY BRIGGS, for appellant.

No appearance for appellees.

MR. JUSTICE ELDREDGE delivered the opinion of the court.

## Abstract of the Decision.

ACCORD AND SATISFACTION, § 8*—*when evidence shows part payment was not an accord and satisfaction.* In an action for goods sold and delivered by the plaintiff to the defendant, the clear and manifest weight of the evidence *held* to show that the giving of an order by the defendants to the plaintiff for the payment of money was not intended to be an accord and satisfaction of the debt.